UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KEITH PARIS,   Case No. 1:20-cv-04333-JSR

        Plaintiff,   SETTLEMENT ORDER

  -against-

EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendant,

-----------------------------------------------------------X

WHEREAS, the Court having been advised that this matter has settled, the case is dismissed subject to reinstatement at the request of any party within 30 days. The Court retains jurisdiction to So Order any settlement documents if they are submitted within this period.

ORDERED by Judge Jed S. Rakoff, U.S.D.J. on June 22, 2020.

_____
United States District Judge